**SO ORDERED**

**Date signed February 06, 2004**



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| NETCOM TECHNOLOGIES, INC. | : | Case No. 03-32325PM |
| | : | Chapter 11 |
| Debtor | : | |

### MEMORANDUM TO DEBTOR'S COUNSEL

It appears that the Notice of a Motion to Assume or Reject Executory Vehicle Contracts misstates the address of the court (D.E. 76). Counsel for Debtor will have to renotice the motion with the correct court address.

cc:
Linda D. Regenhardt, Esq., Gary & Goodman, 8500 Leesburg Pike, # 7000, Vienna VA 22182
United States Trustee, 6305 Ivy Lane, #600, Greenbelt  MD  20770

### End of Memorandum