**STRIKE THE LAST PARAGRAPH OF THE ORDER AND NOTE THAT I HAVE CONSIDERED THE OBJECTION TO THE MOTION.**

**Date signed February 24, 2004**



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| In Re: | : |
| | : |
| NETCOM TECHNOLOGIES, INC. | : Case No.: 03-32325 |
| | : Chapter 11 |
| | : |
| Debtor | : |

### ORDER AUTHORIZING EMPLOYMENT OF
### CRAMER & ASSOCIATES
### AS COUNSEL TO DEBTOR

Upon consideration of the Application of the Debtor, Netcom Technologies, Inc to employ CRAMER & ASSOCIATES for collection matters and the Court being satisfied that the employment of CRAMER & ASSOCIATES is in the best interest of the Debtor and that CRAMER & ASSOCIATES does not have or represent an interest adverse to the Debtor, Creditors or any other party in interest, the United States Trustee or any person employed in the office of the United States Trustee and that CRAMER & ASSOCIATES is a "Disinterested Person" as that term is defined in Section 101 (14) of

1

the Bankruptcy Code and notice of the Application being proper and sufficient cause appearing therefore it is

ORDERED that the Debtor be and hereby is authorized to retain CRAMER & ASSOCIATES to represent it collection matters on an hourly fee basis; and it is further

ORDERED that that CRAMER & ASSOCIATES shall file applications for approval of its fees with the Court pursuant to Sections 1103 and 330(a) of the United States Bankruptcy Code and such fees must be approved by the Court prior to payment by the Debtor; and it is further

ORDERED that the Clerk shall serve a copy of this order on all persons on the attached service list.

I ASK FOR THIS:

/S/ Linda D. Regenhardt
Linda D. Regenhardt, Esquire, MSB # 05360
GARY & GOODMAN PLLC
8500 Leesburg Pike, Suite 7000
Vienna, VA 22182
(703) 848-2828
facsimile – (703) 893-9276
Counsel for Debtor

COPIES TO:
COMMUNICATIONS SUPPLY CORP.        PRESIDIO
PO BOX 120001                      5100-J PHILADELPHIA WAY
DEPT. 0580                         LANHAM    MD    20706
DALLAS, TX 75081-0580
                                   CAPITOL CABLE TECHNOLOGY
GRAYBAR                            7905 AIRPARK ROAD
P.O. BOX 840458                    GAITHERSBURG, MD 20879
DALLAS, TX 75284

VALLEY LIGHTING, LLC
601 HAMMONDS FERRY ROAD
LINTHICUM, MD 21090

ACCU-TECH
P.O. BOX 100489
ATLANTA, GA 30384-0489

CSC - FLORIDA
DEPT. 49946
ATLANTA, GA 31192-9946

GE CDF
C/O BANK OF AMERICA
2715 COLLECTIONS CENTER
DRIVE
CHICAGO, IL 60693

EMERSON ENERGY SYSTEMS
P.O. BOX 730057
DALLAS, TX 75373-0057

CAPITAL LIGHTING & SUPPLY
PO BOX 62124
BALTIMORE, MD 21264-2124

DIGICON
1355 PICCARD DRIVE
SUITE 200
ROCKVILLE, MD    20850
REXEL DATACOM
DEPT 0765
PO BOX 120765
DALLAS, TX 75312-0765

AETNA U.S. HEALTHCARE
P.O. BOX 777-W7445-629
PHILADELPIA, PA 19175-7445

HAGEMEYER
P.O. BOX 932297
ATLANTA, GA 31193-2297

INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 10255-0030

PRIMESTOCK / SELTRONICS
4611 ASSEMBLY DRIVE
SUITE N
LANHAM, MD 20706-4837

TECH STAFF OF TAMPA
P.O. BOX 13188
MILWAUKEE, WI    53213-0188

ANIXTER
PO BOX 847428
DALLAS, TX 75284-7428

GMAC
P.O. BOX 901025
FORT WORTH, TX 76101-2009

U.S. TRUSTEE
GREENBELT OFFICE
6305 IVY LANE, SUITE 600
GREENBELT, MARYLAND 20770
301-844-8431

MICHAEL GALLERIZZO, ESQUIRE
GEBHARDT & SMITH
NINTH FLOOR
THE WORLD TRADE CENTER
BALTIMORE, MD 21202-3064
MGALL@gebsmith.com

J. DAVID LINTHICUM, VICE
PRESIDENT
WACHOVIA BANK, NATIONAL
ASSOCIATION
1753 PINNACLE DRIVE
7TH FLOOR
SOUTH TOWER
MAIL CODE VA1954
MCLEAN, VA 22102
David.Linthicum@wachovia.com

DENNIS E. QUAID, ESQUIRE
GLEN T. KEYSOR, ESQUIRE
CLINTON P HANSEN, ESQUIRE
LAUREN NEWMAN, ESQUIRE
55 EAST MONROE, 40TH FLOOR
CHICAGO, IL 60603
bkdept@fagelhaber.com

ROBERT H. ROSENBAUM,
ESQUIRE
MEYERS, RODBELL &
ROSENBAUM, PA
6801 KENILWORTH AVENUE, STE.
400
RIVERDALE, MD 20737-1385

STATE OF MARYLAND
DEPARTMENT OF LABOR,
LICENSING & REGULATION
OFFICE OF UNEMPLOYMENT
INSURANCE CONTRIBUTIONS
DIVISON
LITIGATION AND PROSECUTION
UNIT
1100 NORTH EUTLAW STREET
ROOM 401
BALTIMORE, MD 21201

GARY R. GREENBLATT, ESQUIRE
CONSTANCE M. HARE, ESQUIRE
MEHLMAN, GREENBLATT & HARE,
LLC
1838 GREENE TREE ROAD
SUITE 360
BALTIMORE, MD 21208

JAMES M. GREENAN, ESQUIRE
CHRISTOPHER L. HAMLIN,
ESQUIRE
MCNAMEE HOSEA JERNIGAN KIM
GREENAN & WALKER, PA
6411 IVY LANE, STE. 200
GREENBELT, MD 20770

MD- COMPTROLLER OF
MARYLAND
REVENUE ADMINISTRATION
DIVISION
ANNAPOLIS, MD 21411-0001

GLORIA BOYTER
C/O JOHNSON, SMITH, HIBBARD, &
WILDMAN LAW FIRM, LLP
220 NORTH CHURCH STREET
PO DRAWER 5587
SPARTANBURG, SC 29304-5587

RYAN D. SULLIVAN, ESQUIRE
FULLERTON & ASSOCIATES
12644 CHAPEL ROAD
SUITE 206
CLIFTON, VA 20124

LINDA D. REGENHARDT, ESQUIRE
GARY & GOODMAN PLLC
8500 LEESBURG PIKE, SUITE 7000
VIENNA, VA 22182

MARK W. BAILEY, JR., ESQUIRE
JENNIFER L. POWERS, ESQUIRE
HUSCH & EPPENBERGER, LLC
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE
SUITE 1450
MEMPHIS, TN 38103

JENNIFER HOLLENBERG
NATIONAL COLLECTIONS
U14L
1425 UNION MEETING ROAD
BLUE BELL, PA 19422

GENERAL MOTORS ACCEPTANCE
CORPORATION
PO BOX 5055
TROY, MI 48007-5055